# STATE OF LOUISIANA
# COURT OF APPEAL, THIRD CIRCUIT

## 19-688
## CONSOLIDATED WITH 19-687


**MARIANNE WALSH**

**VERSUS**

**JAMES LEE CASKEY, ET AL.**


**CONSOLIDATED WITH**


**GRACE LANTIER**

**VERSUS**

**JAMES LEE CASKEY, ET AL.**

\*\*\*\*\*\*\*\*\*\*

APPEAL FROM THE
SIXTEENTH JUDICIAL DISTRICT COURT
PARISH OF IBERIA, NO. 126518
HONORABLE CURTIS SIGUR, DISTRICT JUDGE

\*\*\*\*\*\*\*\*\*\*

**D. KENT SAVOIE**
**JUDGE**

\*\*\*\*\*\*\*\*\*\*

Court composed of Billy Howard Ezell, Shannon J. Gremillion, and D. Kent Savoie, Judges.


**AFFIRMED AS AMENDED.**

**A. R. Johnson, III**
**Kevin W. Welsh**
**Phelps Dunbar, LLP**
**400 Convention Street, Suite 1100**
**Baton Rouge, Louisiana 70802-5618**
**(225) 346-0285**
**COUNSEL FOR DEFENDANTS/APPELLANTS:**
    **BNSF Railway Company**
    **James Lee Caskey**

**Kevin M. Dills**
**Davidson, Meaux, Sonnier**
**Post Office Drawer 2908**
**Lafayette, Louisiana 70502**
**(337) 237-1660**
**COUNSEL FOR DEFENDANTS/APPELLANTS:**
    **BNSF Railway Company**
    **James Lee Caskey**

**Morris M. Haik, III**
**Attorney At Law**
**511 West St. Peters Street**
**New Iberia, Louisiana 70560**
**(337) 560-4357**
**COUNSEL FOR DEFENDANTS/APPELLANTS:**
    **BNSF Railway Company**
    **James Lee Caskey**

**Katherine P. Martin**
**Martin Mayard, LLC**
**Post Office Box 81338**
**Lafayette, Louisiana 70598-1338**
**(337) 291-2440**
**COUNSEL FOR DEFENDANT/APPELLEE:**
    **State Farm Mutual Automobile Insurance Company**

**Sera Hearn Russell, III**
**Attorney at Law**
**Post Office Box 53866**
**Lafayette, Louisiana 70505-3866**
**(337) 769-3260**
**COUNSEL FOR PLAINTIFF/APPELLANT:**
    **Grace Lantier**

**M. Charles Brandt, Jr.**
**Attorney at Law**
**111 Mercury Street**
**Lafayette, Louisiana 70503**
**(337) 237-7171**
**COUNSEL FOR PLAINTIFF/APPELLANT:**
     **Marianne Walsh**

**SAVOIE, Judge.**

For the reasons assigned in the companion and consolidated case of *Grace Lantier v. James Lee Caskey, et al*, 19-687 (La.App. 3 Cir. ___/___/20), ___So.3d___, the judgment of the trial court is amended to include future general damages awarded to Grace Lantier in the amount of $50,000.00. The judgment is affirmed in all other respects. Costs of this appeal are assessed equally between BNSF Railway Company, James Lee Caskey, and Grace Lantier.

**AFFIRMED AS AMENDED.**